IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JERMAINE T. BROWN                                                 PLAINTIFF

v.                      No. 2:23-cv-98-DPM

JOHNNY CHEEK, in his official capacity
as Sheriff of the Arkansas County Sheriff
Department; TODD WRIGHT, in his
official capacity and individual capacity as
Sheriff of Arkansas County, Arkansas;
and PATRICIA SNYDER, in her
individual and official capacity as Jail
Administrator, Arkansas County Jail                  DEFENDANTS

## JUDGMENT

Brown's constitutional and statutory conditions of confinement and medical deliberate indifference claims are dismissed with prejudice. All his other claims, including negligence, are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2026